# Notice Recipients

District/Off: 0971−1    User: wbkarnes    Date Created: 4/4/2014
Case: 14−10497    Form ID: B9A    Total: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Jamey Lee Erickson | 500 Yellowstone Ct | Petaluma, CA 94954 | |
| ust | Office of the U.S. Trustee / SR | 235 Pine Street | Suite 700 | San Francisco, CA 94104 |
| tr | Linda S. Green | P.O.Box 5350 | Santa Rosa, CA 95402 | |
| aty | Tyson M. Takeuchi | Law Office of Tyson M. Takeuchi | 1100 Wilshire Blvd. #2606 | Los Angeles, CA 90017 |
| smg | CA Franchise Tax Board | Bankruptcy Group | P.O. Box 2952 | Sacramento, CA 95812−2952 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| 13653011 | Equifax Information Services, LLC | PO Box 740256 | Atlanta, GA 30374−0256 | |
| 13653012 | Experian | NCAC | PO Box 9556 | Allen, TX 75013−9556 |
| 13653013 | Experian | Profile Maintenance | PO Box 9558 | Allen, TX 75013−9558 |
| 13653014 | Ford Motor Credit | PO Box 542000 | Omaha, NE 68154−8000 | |
| 13653015 | Franchise Tax Board | Personal Bankruptcy MS A340 | PO Box 2952 | Sacramento, CA 95812−2952 |
| 13653016 | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia, PA 19101−7346 |
| 13653017 | Nelson and Kennard | 2180 Harvard St Ste 160 | Sacramento, CA 95815−3314 | |
| 13653018 | Nelson and Kennard | Po Box 13807 | Sacramento, CA 95853 | |
| 13653019 | Sonoma County | Collections Unit | Po Box 1539 | Santa Rosa, CA 95402 |
| 13653020 | Sonoma County Community Development | 1440 Guerneville Rd | Santa Rosa, CA 95403 | |
| 13653021 | The Best Service Company | 10780 Santa Monica Blvd # 140 | Los Angeles, CA 90025 | |
| 13653022 | Trans Union Corporation | Attn: Public Records Department | 555 W Adams St | Chicago, IL 60661−3719 |
| 13653023 | Transunion Consumer Relations | PO Box 2000 | Crum Lynne, PA 19022−0000 | |

TOTAL: 19